UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FREDERICK PHILIP MADRID, | CASE NO. C19-1710JLR |
|---|---|
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| LUCAS ADKINS, et al., | |
| Defendants. | |

This action is assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear the cause number C19-1710JLR-TLF. The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Theresa Fricke all motions to amend or supplement the pleadings under Federal Rule of Civil Procedure 15 and all motions related to discovery

disputes, including but not limited to motions to compel discovery, motions for a protective order related to discovery, and motions related to issues of privilege. *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Theresa Fricke's rulings concerning the above-described discovery motions. *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court also hereby refers to Magistrate Judge Theresa Fricke for preparation of a report and recommendation all motions (1) for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b); (2) for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure 12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b). *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge Theresa Fricke files a report and recommendation. *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

Accordingly, the court ORDERS that the above-entitled action is referred to Magistrate Judge Theresa Fricke for the specific purposes and types of motions described herein. The court further DIRECTS and EMPOWERS Magistrate Judge Theresa Fricke

//

//

//

to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this order.

Dated this 25th day of March, 2020.

JAMES L. ROBART
United States District Judge