UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK PHILIP MADRID (a single person),<br><br>Plaintiff.<br><br>vs.<br><br>Lucas Adkins; Kendahl Beecher; Seth Kinney; City of Arlington; Cascade Valley Hospital; Dennis Miller, M.D., Ekaterina Koroleva, P.A.-C; John Doe Cascade Valley Hospital Employees,<br><br>Defendants. | NO. 2:19-cv-01710JLR-TLF<br><br>**ORDER EXTENDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT** |

In light of Plaintiff and Defendants agreed Stipulation to extend initial disclosures, joint status report and early settlement pursuant to FRCP 26(f), from May 11, 2020, to June 8, 2020, this Court grants the parties stipulated request (Dkt. # 39).

Executed this 29th day of May, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:
*/s/ Stacey Bennetts*
Stacey L. Bennetts (#25836)
Attorney for Plaintiff