1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  FREDERICK PHILIP MADRID,              CASE NO. C19-1710JLR-TLF

11                  Plaintiff,            ORDER REFERRING MOTION
                                          TO MAGISTRATE JUDGE
12          v.

13  LUCAS ADKINS, et al.,

14                  Defendants.

15       Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court

16  hereby refers to Magistrate Judge Theresa Fricke for preparation of a report and

17  recommendation Defendant City of Arlington's pending motion for partial summary

18  judgment.  (*See* MPSJ (Dkt. # 23).)  Federal Rule of Civil Procedure 72(b) governs any

19  further proceedings in this court after Magistrate Judge Theresa Fricke files a report and

20  recommendation concerning the motion.  *See* Fed. R. Civ. P. 72(b); Local Rules W.D.

21  Wash. MJR 4(c).

22  //

ORDER - 1

1	Accordingly, the court ORDERS that the above-entitled action is referred to
2	Magistrate Judge Theresa Fricke for the specific purposes and motion described herein.
3	The court further DIRECTS and EMPOWERS Magistrate Judge Theresa Fricke to
4	conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the
5	local rules, and this order.
6	Dated this 17th day of September, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2