# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

FREDERICK PHILIP MADRID,

    Plaintiff,

v.

LUCAS ADKINS,

    Defendants.

Case No. C19-1710 JLR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, ~~if any,~~ and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     plaintiff's motion for extension of time (Dkt. 15) is GRANTED; and

(3)     defendants' joint motion to dismiss (Dkt. 16, 17, 19) is DENIED.

Dated this 6th day of Oct., 2020.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1