UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FREDERICK PHILIP MADRID,

              Plaintiff,

v.

LUCAS ADKINS,

              Defendants.

Case No. C19-1710 JLR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)   the Court adopts the Report and Recommendation;

    (2)   defendants' motion for summary judgment (Dkt. 23) is GRANTED; and

    (3)   plaintiff's Public Records Act claims are DISMISSED without prejudice.

Dated this 30th day of November, 2020.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1