1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FREDERICK PHILIP MADRID, | CASE NO. C19-1710JLR-TLF |
|---|---|
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| LUCAS ADKINS, et al. | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Theresa Fricke Plaintiff's pending motion for joinder (Dkt. # 44). *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Theresa Fricke's rulings concerning the above-described motion. *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

Accordingly, the court ORDERS that Plaintiff's motion for joinder (Dkt. # 44) is referred to Magistrate Judge Theresa Fricke. The court further DIRECTS and

1  EMPOWERS Magistrate Judge Theresa Fricke to conduct hearings and make further
2  necessary orders consistent with 28 U.S.C. § 636, the local rules, and this order.
3      Dated this 7th day of December, 2020.

                                          JAMES L. ROBART
                                          United States District Judge

ORDER - 2